UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                           Case No. 06-CR-39

TOMMIE L. COLE,

        Defendant.

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES**:

That on or about May 2, 2001, in the State and Eastern District of Wisconsin,

**TOMMIE L. COLE**,

the defendant herein, was convicted of a felony drug offense, to wit: Manucturing/Delivery of Cocaine, Milwaukee County Circuit Court, Case No. 2001CF000130.

Filed pursuant to Title 21, United States Code, Sections 851(a) and 841(b)(1)(B).

                                                   s/Steven M. Biskupic
                                                   United States Attorney
                                                   Steven M. Biskupic Bar Number: 1018217
                                                   Attorney for Plaintiff
                                                   Office of the United States Attorney
                                                   Eastern District of Wisconsin
                                                   517 East Wisconsin Avenue, Room 530
                                                   Milwaukee, WI 53202
                                                   Telephone: (414) 297-1700
                                                   Fax: (414) 297-1738
                                                   E-Mail: Steven.Biskupic@usdoj.gov

U.S. Federal Building & Courthouse
517 E. Wisconsin Avenue, Room 530
Milwaukee, WI 53202
(414) 297-1700